# Court of Appeals
# of the State of Georgia

ATLANTA, _January 16, 2019_

*The Court of Appeals hereby passes the following order:*

## A19A0852.  LORD JAMES CHRISTOPHER v. NEIL WARREN.

Lord James Christopher filed an original mandamus petition in this Court.  He seeks a new judge in his ongoing criminal prosecution or a dismissal of the case.

"Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983).  This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction.  See *Gay v. Owens*, 292 Ga. 480, 482-483 (2) (738 SE2d 614) (2013).  Until such time as Christopher has pursued relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction.  See *Brown*, 251 Ga. at 436.  Accordingly, Christopher's petition for writ of mandamus is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _01/16/2019_
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*